No. 03–5564. SPEARMAN v. ROSSBACH. C. A. 6th Cir. Certiorari denied.

No. 03–5566. GONZALES v. UNITED STATES (Reported below: 66 Fed. Appx. 526); RODRIGUEZ-LUIS v. UNITED STATES (67 Fed. Appx. 243); RIASCOS v. UNITED STATES (67 Fed. Appx. 245); HINOJOSA v. UNITED STATES (67 Fed. Appx. 247); OROZCO v. UNITED STATES (67 Fed. Appx. 253); PARDO-RODRIGUEZ v. UNITED STATES (67 Fed. Appx. 244); GONZALEZ ABAZAN v. UNITED STATES (73 Fed. Appx. 79); YANEZ-BENAVIDES, AKA RAMIREZ-MONTOYA v. UNITED STATES (67 Fed. Appx. 244); NAJERA-GUERRA v. UNITED STATES (67 Fed. Appx. 245); DIEGUEZ-GARCIA v. UNITED STATES (67 Fed. Appx. 245); HERNANDEZ v. UNITED STATES (67 Fed. Appx. 246); ROMO v. UNITED STATES (67 Fed. Appx. 246); STEWART v. UNITED STATES (66 Fed. Appx. 525); MENDOZA-OCHOA, AKA CLARO-ALFARO v. UNITED STATES (67 Fed. Appx. 246); SANCHEZ-PEREZ v. UNITED STATES (67 Fed. Appx. 247); and MARTIN v. UNITED STATES (67 Fed. Appx. 252). C. A. 5th Cir. Certiorari denied.

No. 03–5568. MARTINES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5569. JEFFERSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–5570. LANNERT v. JONES, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03–5571. KEYS v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5572. OKONKWO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5573. ANDERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5574. POWELL v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–5575. ENSLIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.